IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRIST OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN GIUMMO and ANTHONY HILL, SR., ) ) ) Plaintiffs, ) ) ) v. ) ) ROBERT OLSEN, ) ) Defendants, ) | Civil Action File No. 1:15-cv-3928-TCB |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendant hereby stipulate to the voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own attorney's fees and costs.[1]

Respectfully submitted this 28th day of February, 2020.

[signatures on the following page]

---

[1] Former Defendant DeKalb County, Georgia, was dismissed by Court Order on June 4, 2019. Doc. 176, at pp. 31-32. All remaining parties join this stipulation.

| | |
|---|---|
| */s/ Maxwell K. Thelen* | */s/ Amanda R. Clark Palmer* |
| J. Darren Summerville | (by express permission to MKT) |
| Georgia Bar No. 691978 | Amanda R. Clark Palmer |
| Maxwell K. Thelen | Georgia Bar No. 130608 |
| Georgia Bar No. 311404 | **Garland, Samuel & Loeb, P.C.** |
| **The Summerville Firm, LLC** | 3151 Maple Drive, N.E. |
| 1226 Ponce de Leon Ave NE | Atlanta, GA 30305 |
| Atlanta, GA 30306 | F: (404) 262-2225 |
| T: (770) 635-0030 | E: aclark@gsllaw.com |
| F: (770) 635-0029 | |
| E: darren@summervillefirm.com | *Counsel for Defendant Robert Olsen* |
| E: max@summervillefirm.com | |
| *Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga L.R. 5.1(c)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

Amanda R. Clark Palmer
Donald Franklin Samuel
Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305
aclark@gsllaw.com
dfs@gsllaw.com

Donald C. English
Southern States Police Benevolent Associates, Inc.
2155 Highway, 42 South
McDonough, GA 30305
denglish@sspba.org

Laura K. Johnson
Aaron Joshua Ross
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
ajross@dekalbcountyga.gov

This 28th day of February, 2020

**THE SUMMERVILLE FIRM, LLC**

/s/ Maxwell K. Thelen
Darren Summerville
Georgia Bar No. 691978
Maxwell K. Thelen
Georgia Bar No. 311404
1226 Ponce de Leon Ave.
Atlanta, GA 30306
T: (770) 635-0030
F: (770) 635-0029
darren@summervillefirm.com
max@summervillefirm.com

*Counsel for Plaintiffs*